# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 10, 2022

## NO. 03-22-00043-CV

**Richard C. Carter, Appellant**

**v.**

**Raymond Leroy Eiser and Tamara Bauman Eiser, Appellees**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on January 26, 2022. Appellant has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.